**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JOHN SCOTT,** ) | |
| ) | **CASE NO. 1:12-cv-03074** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **MAGISTRATE JUDGE GREG WHITE** |
| ) | |
| **GIANT EAGLE, INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | <u>**JUDGMENT ENTRY**</u> |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Defendants' Motion to Dismiss is granted (ECF No. 4) and the case is dismissed with prejudice.

IT IS SO ORDERED.

<u>s/ Greg White</u><br>
United States Magistrate Judge

Date: <u>May 3, 2013</u>